**Order entered February 15, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01235-CV**

**STEPHANIE DIANNA ELLIOTT, Appellant**

**V.**

**CORI RUSSELL, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-09101**

**ORDER**

By postcard dated January 9, 2023, we informed appellant her brief was overdue and directed her to file, within ten days, the brief and an extension motion. The postcard, however, was sent erroneously as the brief deadline had not been triggered because the reporter's record had not been filed. The court reporter has since informed us that no record exists. Accordingly, we **RESET** the deadline for the filing of appellant's brief and **ORDER** the brief be filed no later than March 17, 2023.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE